UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS ANDREW CENSKE,

        Plaintiff,                    Case No. 1:07-cv-691

v.                                        Honorable Paul L. Maloney

WILLIE O. SMITH et al.,

        Defendants.

_____/

## ORDER DENYING LEAVE
## TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES

In accordance with the memorandum opinion entered this day,

IT IS ORDERED that Plaintiff is DENIED leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

IT IS ALSO ORDERED that within thirty days hereof, Plaintiff shall pay the $350.00 filing fee to the Clerk of this Court. Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $350.00 filing fee.

                                                            /s/ Paul L. Maloney

Dated: <u>September 4, 2007</u>

                                                            Paul L. Maloney
                                                            United States District Judge